Allison S. Wallin, Bar No. 313185
awallin@littler.com
LITTLER MENDELSON P.C.
2049 Century Park East
5th Floor
Los Angeles, California 90067.3107
Telephone: 310.553.0308
Fax No.: 800.715.1330

ALVIN ARCEO, Bar No. 342387
aarceo@littler.com
LITTLER MENDELSON, P.C.
101 Second Street, Suite 1000
San Francisco, California 94105
Telephone: 415.433.1940
Fax No.: 415.399.8490

Attorneys for Defendant
CAL CARTAGE WAREHOUSING &
TRANSLOADING, LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARYOLIN HERNANDEZ, individually, and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CAL CARTAGE WAREHOUSING & TRANSLOADING LLC, a limited liability company; EMPLOYER'S OUTSOURCING, LLC a limited liability company; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 2:23-cv-08179 FLA (BFMx)<br><br>**ORDER RE STIPULATED PROTECTIVE ORDER**<br><br>Complaint Filed:<br>Los Angeles Superior Court<br>August 10, 2023 |

LITTLER MENDELSON P.C.
2049 Century Park East
5th Floor
Los Angeles, CA
90067.3107
310.553.0308

ORDER RE STIPULATED PROTECTIVE ORDER

Having considered the papers, and finding that good cause exists, the Parties' Stipulated Protective Order is **granted**.

**IT IS SO ORDERED**.

DATED:  December 18, 2023

_____
BRIANNA FULLER MIRCHEFF
UNITED STATES MAGISTRATE JUDGE