**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARYOLIN HERNANDEZ,<br><br>   Plaintiff,<br><br>   v.<br><br>CAL CARTAGE WAREHOUSING & TRANSLOADING, LLC., *et al*.,<br><br>   Defendants. | Case No. 2:23-cv-08179-FLA (BFMx)<br><br>**ORDER APPROVING STIPULATION TO REMAND ACTION TO STATE COURT [DKT. 36]** |

1

1    On April 1, 2025, the parties filed the stipulation to remand this action to state court (the "Stipulation"), stating the parties had agreed to remand the action to Los Angeles Superior Court for settlement purposes.  Dkt. 36.

   Having reviewed the Stipulation and finding good cause therefor, the court hereby REMANDS the action to Los Angeles Superior Court Case No. 23STCV19093.  The court VACATES all remaining pretrial and trial dates and deadlines.

   IT IS SO ORDERED.

Dated: April 9, 2025

FERNANDO L. AENLLE-ROCHA
United States District Judge